IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUN 21 2012

U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Case No. 1:12-cr-264 |
| v. ) | |
| ) | Honorable Liam O'Grady |
| MARVIN EDUARDO ESCOBAR BARRIOS, ) | |
| also known as "Catracho" and "Garrobo," ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around January 2012, and in and around May 2012, the exact dates being unknown, within the Eastern District of Virginia and elsewhere, the defendant, Marvin Eduardo Escobar Barrios, also known as "Catracho" and "Garrobo," did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

*[signature]*
Scott B. Nussbum
Special Assistant United States Attorney

Sean P. Tonolli
Assistant United States Attorney

Emily M. Loeb
Special Assistant United States Attorney